UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at GREENEVILLE

| | |
|---|---|
| JASON SANDLIN, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | No.: 2:14-cv-154-TWP |
| v. ) | |
| ) | |
| WAYNE ANDERSON, NURSE RITA ) | |
| L/N/U, DOCTOR PAUL L/N/U, and ) | |
| MEDICAL STAFF, ) | |
| ) | |
| *Defendants*. ) | |

## **MEMORANDUM**

This is a prisoner's *pro se* civil rights action under 42 U.S.C. § 1983. The form complaint, which was signed by plaintiff, contained a notice and a warning—the former advising him that he was responsible for keeping the Court informed of any address change and the latter cautioning him that his failure to provide his correct address within ten [10] days of any address change would result in the dismissal of his case.

Despite the notice and the warning, copies of two orders entered in this lawsuit were mailed to plaintiff at the address he listed as his current address in his complaint but each was returned to the Court by the postal authorities more than ten days ago, marked, "Return to Sender, No Longer at This Facility (Docs. 3 and 5). Obviously, plaintiff failed to provide the Court with the required notice.

Accordingly, this action will be **DISMISSED WITHOUT PREJUDICE**, *sua sponte*, for failure to prosecute and to comply with the orders of this Court. Fed. R. Civ. P. 41(b); *Jourdan v. Jabe*, 951 F.2d 108 (6th Cir. 1991).

**ENTER:**

    s/ Thomas W. Phillips
SENIOR UNITED STATES DISTRICT JUDGE