# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# at GREENEVILLE

| | |
|---|---|
| JASON SANDLIN, | ) |
|     *Plaintiff*, | ) |
| | ) No.: 2:14-cv-154-TWP |
| v. | ) |
| WAYNE ANDERSON, NURSE RITA L/N/U, DOCTOR PAUL L/N/U, and MEDICAL STAFF, | ) |
|     *Defendants*. | ) |

## JUDGMENT

In accordance with the accompanying memorandum, this *pro se* prisoner's civil rights action filed under 42 U.S.C. § 1983 is **DISMISSED without prejudice** for failure to prosecute and comply with the Court's orders. Fed. R. Civ. P. 41(b).

**ENTER:**

                                    s/ Thomas W. Phillips
                                    SENIOR UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT
    s/ *Debra C. Poplin*
CLERK OF COURT